■ CONNIE ASHLEY et al., Individually and as Parents of SIMONE FULLER, an Infant, Appellants, v CHERYL A. ELDRIDGE, Defendant, and ROCHESTER CITY SCHOOL DISTRICT et al., Respondents. [680 NYS2d 791] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stander, J. (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Balio and Boehm, JJ.